SLIP OP. 02-125

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HONORABLE GREGORY W. CARMAN, CHIEF JUDGE

|  |  |  |
|---|---|---|
| DUFERCO STEEL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant | ) | Court No. 99-12-00771 |
| | ) | |
| and | ) | |
| | ) | |
| BETHLEHEM STEEL CORPORATION | ) | |
| AND U.S. STEEL GROUP, A UNIT | ) | |
| OF USX CORPORATION | ) | |
| | ) | |
| Defendant-Intervenors | ) | |

## JUDGMENT ORDER

Upon consideration of the United States Court of Appeals for the Federal Circuit's decision and mandate in Duferco Steel, Inc. v. United States, et al., No. 01-1443 that the Commerce Department's 1999 final scope ruling, interpreting its 1993 final scope orders to include imported floor plate "with patterns in relief derived directly from the rolling process" is invalid, it is hereby

ORDERED that judgment is entered in accordance with the United States Court of Appeals for the Federal Circuit's opinion in Duferco Steel Inc. v. United States et al., 296 F.3d 1087 (2002); and it is further

ORDERED that the Commerce Department shall instruct Customs to implement the exclusion of Plaintiffs floor plate "with patterns in relief derived directly from the rolling process" from the scope of the 1993 antidumping and countervailing duty orders on cut-to-length plate from Belgium. The referenced orders were published as Antidumping Duty Order and Amendment to Final Determination of Sales at Less than Fair Value: Certain Cut-to-Length Carbon Steel Plate from Belgium, 58 Fed. Reg. 44164 (Aug. 19, 1993) and Countervailing Duty Order and Amendment to Final Affirmative Countervailing Duty Determination: Certain Steel Products from Belgium, 58 Fed. Reg. 43749 (Aug. 17, 1993).

Dated: October 17, 2002
New York, New York

Gregory W. Carman
Chief Judge